FILED

2005 DEC -9 P 3: 57

CLERK, US DIST. COURT
EAST   T. OF CALIF

BY____

1 | THE PEREZ LAW FIRM
VICTOR M. PEREZ, ESQ. 114381
2 | 1304 W. Center Street
Visalia, CA 93291
3 | (559) 625-2626
(559) 625-3064

4 | Attorney for Defendant, GEORGE ABARCA-VALDOVINOS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE ANDRADE-POLVOS, et al., )<br>)<br>)<br>Defendant. ) | CASE NO: 1:05 CR 00221 AWI<br><br>**EXPARTE MOTION FOR TRANSPORTATION ORDER W/ SUPPORTIVE DECLARATION OF VICTOR M. PEREZ; ORDER** |

Defendant, GEORGE ABARCA-VALDOVINOS hereby moves for an order from the Court to allow him to attend the viewing/rosary and/or funeral of his father, Zotico Abarca which will take place on: Rosary and Viewing and on Sunday, December 11, 2005 from 2:00 p.m. to 7:00 p.m. The viewing of the Defendant's Father's remains begins at 2:00 p.m. and ends at 6:30 p.m. Rosary starts at 6:30 p.m.. Said Viewing and Rosary will take place at Miller Memorial Chapel located at 1102 W. Goshen, in Visalia, California. Funeral mass to be held on Monday, December 12, 2005, at Holy Family Catholic Church, located at 1908 N. Court Street in Visalia, California , at 9:00 a.m. In the alternative, Defendant respectfully requests for an order of transportation, at a date and time, determined by the United States Marshall's Service, to transport Defendant to the grave site where his father will be interned, at Visalia Cemetery, located at 1300 W. Goshen, in Visalia, California.

Considering the time limitations entailed, AUSA Kimberly Kelly has verbally consented to waive all notice and time requirements, regarding this petition.

/

1  Defendant respectfully requests the Court's consideration on this matter.

3  Date 12/9/05                                    Respectfully Submitted By,

4                                                  THE PEREZ LAW FIRM

                                                   *[signature]*
                                                   Victor M. Perez
7                                                  Attorney for Defendant
                                                   George Abarca Valdovinos

## DECLARATION OF VICTOR M. PEREZ

I, VICTOR M. PEREZ, declare the following:

1. That I am an attorney duly licensed to practice law in the State of California and have been admitted to practice in the Eastern District of California of the United States District Court.

2. I am counsel for Defendant, GEORGE ABARCA-VALDOVINOS herein.

3. This emergency exparte motion is brought to allow Defendant to pay his last respects to his father Zotico Abarca.

4. Defendant is presently in the pre-trial federal detention facility in Fresno, CA.

5. Defendant is presently awaiting trial on his case.

6. Defendant wishes to attend his father's funeral, or in the alternative, to be able to pay his last respects to him in some other way.

7. The viewing of the body is scheduled to be held on Sunday, December 11, 2005, at Miller Memorial Chapel at 1102 W. Goshen in Visalia, California from 2 p.m. to 6:30 p.m.

8. The Rosary, to be held on the same day, at the same location, and is scheduled to begin at 6:30 p.m.

/
//

| | | |
|---|---|---|
| 1 | 9. | The funeral mass of Zotico Abarca, Defendant's father is scheduled to be held on Monday, December 12, 2005, at 9:00 a.m., at Holy Family Catholic Church, located at 1908 N. Court Street in Visalia, California. |
| 4 | 10. | In the alternative, if Defendant is not to be allowed to attend the viewing, rosary or funeral mass, Defendant wishes to, at least, be allowed to be transported to Defendant's Father's grave site so that he can pay his last respects to his father. |
| 7 | 11. | My paralegal, Jan L. Fagan, received verbal consent from AUSA Kimberly Kelly that she would consent to waive all notice and time requirements in regards to the submission of this motion. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE : 12/9/05

Victor M. Perez,
Attorney for Defendant,
George Abarca-Valdovinos

THE PEREZ LAW FIRM
VICTOR M. PEREZ, ESQ. 114381
1304 W. Center Street
Visalia, CA 93291
(559) 625-2626
(559) 625-3064

Attorney for Defendant, GEORGE ABARCA-VALDOVINOS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA ) ) ) Plaintiff, ) ) vs. ) ) JOSE ANDRADE-POLVOS, et al., ) ) ) ) Defendant.                   ) | CASE NO: 1:05 CR 00221 AWI<br><br>**TRANSPORTATION ORDER** |

TO:   **THE UNITED STATES MARSHALL'S SERVICE- FRESNO, CALIFORNIA OFFICE:**

**GOOD CAUSE APPEARING THEREFORE:**

**IT IS HEREBY ORDERED** that the UNITED STATES MARSHALL'S SERVICE, transport Defendant, **GEORGE ABARCA-VALDOVINOS**, from the pre-trial federal detention facility in Fresno, California, to Miller Memorial Chapel, located at 1102 W. Goshen, in Visalia, California to attend the viewing and rosary, for his father, Zotico Abarca on Sunday, December 11, 2005, between the hours of 2:00 p.m.- 7:00 p.m., to attend the viewing of his father. View of Zotico Abarca is from 2:00 p.m. to 6:30 p.m. of The rosary is to begin at 6:30 p.m.

**IT IS FURTHER ORDERED** that the UNITED STATES MARSHALL'S SERVICE, transport **Defendant, GEORGE ABARCA-VALDOVINOS**, from the pre-trial federal detention facility in Fresno  Holy Family Catholic Church, located at 1908 N. Court Street in Visalia,

1  California on the morning of December 12, 2005 so that he may attend the funeral of his father,

2  Zotico Abarca, at 9:00 a.m.

3      **IT IS FURTHER ORDERED** that, in the event that, either due to the need to comply with

4  the policies and/or standing orders of the UNITED STATES MARSHALL'S SERVICE, lack of

5  man power, or due to events beyond its control, that the UNITED STATES MARSHALL'S

6  SERVICE, cannot transport **Defendant, GEORGE ABARCA-VALDOVINOS**, to the above-

7  referenced events, the UNITED STATES MARSHALL'S SERVICE will transport Defendant,

8  GEORGE ABARCA-VALDOVINOS from the pre-trial federal detention facility in Fresno to the

9  Visalia Cemetery, located at 1300 W. Goshen, in Visalia, California, at a date and time, determined

10 by said agency, to allow Defendant to pay last respects to his deceased father.

11 IT IS SO ORDERED: *Denied without prejudice. Defendant may notice a motion to allow Defendant to pay last respects to his deceased father's grave site to allow the Government and the U.S. Marshal's service adequate time to respond to any such request.*

14 Dated: 11-5-05                          _____
                                           Anthony W. Ishii
15                                         Judge of the United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

TRANSPORTATION ORDER                    2